JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY d/b/a CAL STATE LA; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-03067-FMO-JC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS ACTION, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

///
///
///
///

1

**ORDER GRANTING JOINT STIPULATION TO DISMISS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

On July 26, 2021, the parties filed a joint motion to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Upon due consideration, good cause appearing, the Court GRANTS the joint motion and DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to Plaintiff's class claims with respect to any absent putative class member. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending matters, vacate all deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: August 10, 2021         By: /s/ _____
                                   Hon. Judge Fernando M. Olguin
                                   United States District Court Judge